# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jordan, Robert L. | District Court - E.D. Tenn. | 7/12/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. District Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

800 Market Street
Suite 141
Knoxville, TN 37902

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L. | 7/12/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2020 | Tennessee Consolidated Retirement System Judicial Retirement | $16,361.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L. | 7/12/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L. | 7/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. AT&T Inc. | A | Dividend | J | T | | | | | |
| 2. Truist Financial | F | Dividend | P1 | T | | | | | |
| 3. BP PLC | A | Dividend | J | T | | | | | |
| 4. Comcast | A | Dividend | L | T | | | | | |
| 5. Dell Technologies (formerly Dell) | | None | J | T | | | | | |
| 6. First Horizon | D | Dividend | L | T | | | | | |
| 7. General Electric | A | Dividend | K | T | | | | | |
| 8. IBM | A | Dividend | J | T | | | | | |
| 9. Lumentum Holdings, Inc. | | None | K | T | | | | | |
| 10. Viavi Solutions, Inc. | | None | J | T | | | | | |
| 11. John Hancock Small Cap | | None | K | T | | | | | |
| 12. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 13. Medtronic PLC | A | Dividend | K | T | | | | | |
| 14. NASDQ - 100 | | None | J | T | | | | | |
| 15. Pfizer | A | Dividend | K | T | | | | | |
| 16. Putnam Global Growth | C | Dividend | K | T | | | | | |
| 17. Guggenheim StylePlus Large Core - A | B | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Twin Cities Financial, Inc. | A | Dividend | K | T | | | | | |
| 19. Cohen & Steers Select Infrastructure | A | Dividend | K | T | | | | | |
| 20. Vanguard Growth Index Fund | B | Dividend | M | T | | | | | |
| 21. Vanguard 500 Index Fund | C | Dividend | M | T | | | | | |
| 22. Vanguard Mid Cap Index Fund | C | Dividend | M | T | | | | | |
| 23. Vanguard Small Cap Value Fund | B | Dividend | M | T | | | | | |
| 24. Vanguard Health Care Fund | E | Dividend | M | T | | | | | |
| 25. INTEREST, CDS, SAVINGS, ETC. | | | | | | | | | |
| 26. Regions Fin. (formerly Regions Bank) | B | Interest | L | T | | | | | |
| 27. Citizens Bank of Blount County | B | Interest | L | T | | | | | |
| 28. First Horizon | C | Interest | N | T | | | | | |
| 29. Home Federal | A | Interest | J | T | | | | | |
| 30. Pinnacle | D | Interest | N | T | | | | | |
| 31. FirstBank | C | Interest | N | T | | | | | |
| 32. | | | | | | | | | |
| 33. Vanguard Int'l Value Fund | B | Dividend | L | T | | | | | |
| 34. Vanguard Prime Cap Core Fund | D | Dividend | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L. | 7/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Atmos Energy | B | Dividend | L | T | | | | | |
| 36. | | | | | | | | | |
| 37. Merrill Lynch Custodian IRA | | | | | | | | | |
| 38. - Regions Fin. (formerly Regions Bank) | A | Dividend | J | T | | | | | |
| 39. - General Electric | A | Dividend | K | T | Sold<br>(part) | 12/17/20 | J | | |
| 40. - Johnson & Johnson | A | Dividend | K | T | | | | | |
| 41. - Bank of America | A | Interest | J | T | | | | | |
| 42. - PerkinElmer | A | Dividend | K | T | | | | | |
| 43. - Truist Financial | A | Dividend | J | T | | | | | |
| 44. - Tanger Factory Outlet | A | Dividend | K | T | | | | | |
| 45. - Microsoft Corp. | B | Dividend | L | T | | | | | |
| 46. - Ingersoll-Rand | A | Dividend | J | T | | | | | |
| 47. - Medtronic PLC | A | Dividend | K | T | | | | | |
| 48. - Wabtec | | None | J | T | | | | | |
| 49. - Trane Technologies PLC | A | Dividend | K | T | Spinoff<br>(from line 46) | 03/02/20 | K | | |
| 50. | | | | | | | | | |
| 51. DEFERRED COMPENSATION - STATE<br>OF TENNESSEE | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L. | 7/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. - Plan I - 457 | | | | | | | | | |
| 53. Fidelity Puritan Fund | D | Distribution | K | T | | | | | |
| 54. Fidelity International Discovery | D | Distribution | K | T | | | | | |
| 55. Fidelity OTC Portfolio | E | Distribution | M | T | | | | | |
| 56. Fidelity Contrafund | E | Distribution | M | T | | | | | |
| 57. Voya Fixed Fund | | None | | | Sold | 06/18/20 | K | | |
| 58. Tennessee Stable Value Fund | | None | K | T | Buy | 06/18/20 | K | | |
| 59. - Plan II - 401K | | | | | | | | | |
| 60. Voya VP Growth and Income | | None | | | Sold | 06/18/20 | L | | |
| 61. Vanguard Institutional Index Fund Institutional Plus | D | Distribution | N | T | Buy (add'l) | 06/18/20 | L | | |
| 62. Voya Fixed Fund | | None | | | Sold | 06/18/20 | J | | |
| 63. Tennessee Stable Value Fund | | None | J | T | Buy | 06/18/20 | J | | |
| 64. | | | | | | | | | |
| 65. Ingersoll-Rand | A | Dividend | J | T | | | | | |
| 66. Verizon Communications | A | Dividend | J | T | | | | | |
| 67. TN Valley Fin. Hldr. Inc. | A | Dividend | J | T | | | | | |
| 68. Caterpillar Inc. | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L. | 7/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | TE Connectivity | A | Dividend | J | T | | | | | |
| 70. | Vanguard REIT | B | Dividend | K | T | | | | | |
| 71. | DEERE CO. | A | Dividend | L | T | | | | | |
| 72. | Foothills B&T | D | Interest | N | T | | | | | |
| 73. | Alcoa FCU | A | Interest | J | T | | | | | |
| 74. | Home Depot | B | Dividend | K | T | | | | | |
| 75. | Cisco Sys | A | Dividend | K | T | | | | | |
| 76. | Proctor & Gamble | A | Dividend | K | T | | | | | |
| 77. | TN Engy. Bond | A | Interest | K | T | | | | | |
| 78. | Exxon-Mobil | B | Dividend | K | T | | | | | |
| 79. | Genl-Dyn | A | Dividend | K | T | | | | | |
| 80. | Merck | A | Dividend | J | T | | | | | |
| 81. | Kroger | A | Dividend | K | T | | | | | |
| 82. | Virtus Inv. Ptrs. | A | Dividend | J | T | | | | | |
| 83. | Bristol-Myers Squibb | A | Dividend | L | T | | | | | |
| 84. | Johnson Controls | A | Dividend | J | T | | | | | |
| 85. | Boeing Co. | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. TN ENG ACQ CRP | A | Interest | | | Matured | 03/09/20 | L | | |
| 87. Texas Inst. | A | Dividend | K | T | | | | | |
| 88. Pentair Ltd. | A | Dividend | J | T | | | | | |
| 89. Renasant Bank | D | Interest | N | T | | | | | |
| 90. The Mosaic Co. | A | Dividend | J | T | | | | | |
| 91. AIG | A | Dividend | J | T | | | | | |
| 92. Stewart County, Tennessee, Bonds | B | Interest | K | T | | | | | |
| 93. Mallinckrodt PLC | | None | J | T | | | | | |
| 94. Allegion | A | Dividend | J | T | | | | | |
| 95. Weyerhaeuser | A | Dividend | J | T | | | | | |
| 96. Walgreen Co. | A | Dividend | K | T | | | | | |
| 97. ESC Seventy-Seven (formerly Seventy-Seven Energy, Inc.) | | None | J | T | | | | | |
| 98. Merrill Lynch CMA Money Fund | A | Interest | M | T | | | | | |
| 99. Ford Motor Co. | A | Dividend | J | T | | | | | |
| 100. Adient PLC | A | Dividend | J | T | | | | | |
| 101. Hess Corp. | A | Dividend | K | T | | | | | |
| 102. Tanger Factory Outlet | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L. | 7/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. Raytheon (formerly United Tech. Corp.) | B | Dividend | K | T | | | | | |
| 104. Simmons Bank CD | D | Interest | N | T | | | | | |
| 105. nVent Electric PLC | D | Dividend | J | T | | | | | |
| 106. Occidental Petroleum Corp. | A | Dividend | J | T | | | | | |
| 107. Y-12 FCU | B | Interest | M | T | | | | | |
| 108. TN Bank | C | Interest | M | T | Buy | 03/04/20 | M | | |
| 109. Carrier Global | A | Dividend | K | T | Spinoff<br>(from line 103) | 04/07/20 | K | | |
| 110. Wabtec | A | Dividend | J | T | | | | | |
| 111. Trane Technologies PLC | A | Dividend | K | T | Spinoff<br>(from line 65) | 03/02/20 | K | | |
| 112. Dow Inc. | A | Dividend | J | T | | | | | |
| 113. DuPont de Nemours Inc. | B | Dividend | J | T | | | | | |
| 114. Corteva Inc. | B | Dividend | J | T | | | | | |
| 115. Carrier Global | A | Dividend | J | T | Spinoff<br>(from line 103) | 04/03/20 | J | | |
| 116. Otis Worldwide | A | Dividend | J | T | Spinoff<br>(from line 103) | 04/03/20 | J | | |
| 117. Viatris Inc. | A | Dividend | J | T | Spinoff<br>(from line 15) | 11/17/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L. | 7/12/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert L. Jordan**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544